# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FRANK A. ACKLEY | : |
| | :    No. 1:21-CV-00648-CCC |
| VS. | : |
| | : |
| KARNS PRIME AND FANCY FOOD, LTD. d/b/a KARNS FOODS | : |

## **JOINT STIPULATION OF DISMISSAL**

The parties, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of this case, with prejudice. Each party shall bear its own costs and attorneys' fees.

Date: December 7, 2021

Respectfully submitted,

PILLAR AUGHT LLC.

*/s/ Richard B. Bateman, Jr., Esquire*
Samuel A. Dion
Dion & Goldberger
PA ID No. 55761
samueldion@aol.com
1845 Walnut St., Suite 1199
Philadelphia, PA 19103
(215) 546-6033 (telephone)
(215) 546-6269 (facsimile)

Richard B. Bateman, Jr.
PA ID No. 61131
rbateman@batemanlawoffice.com
21 West Second Street, Suite 300
Media, PA 19063
(610) 566-3322 (telephone)
(610) 548-9986 (facsimile)
*Counsel for Plaintiff*

*/s/ Lindsey E. Snavely, Esquire*
Lindsey E. Snavely, Esquire
Attorney I.D. No. 308145
lsnavely@pillaraught.com
Kevin M. Gold, Esquire
Attorney I.D. No. 70265 (PA)
kgold@pillaraught.com
4201 E. Park Circle
Harrisburg, PA 17111
(717) 308-9910
Attorneys for Defendant